JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERTIS M. BOYCE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. CV 10-9575-AG (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order re Dismissal of Action for Failure to Prosecute,

IT IS ADJUDGED that the action is dismissed without prejudice pursuant to the Federal Rule of Civil Procedure 41(b).

Dated: December 22, 2011

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

1